IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA AZAR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-01178 |
| | ) | |
| NISSAN NORTH AMERICA, INC., | ) | JUDGE RICHARDSON |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **ORDER**

In light of the filing of the First Amended Class Action Complaint (Doc. No. 27), which has become the operative complaint in this case, Defendant Nissan North America, Inc.'s Motion to Dismiss (Doc. No. 21) is **DENIED** as moot.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE